CANCEL, RECURRENTE, *v.* EL REGISTRADOR DE SAN JUAN, SECCIÓN PRIMERA, RECURRIDO.

</div>

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección Primera, denegando la inscripción de una declaratoria de dominio.

<div align="center">No. 478.—Resuelto en noviembre 23, 1920.</div>

EXPEDIENTE DE DOMINIO—DECLARACIÓN DE DOMINIO—CITACIÓN DE ANTERIORES DUEÑOS O SUS CAUSAHABIENTES.—En una resolución declaratoria del dominio de una finca compuesta de varias parcelas una de las cuales alegó el peticionario haber adquirido por herencia de su padre, no basta que se exprese que fueron citados los anteriores dueños de las varias parcelas; si la resolución no expresa que fueron citados también los causahabientes de la persona de quien hubo el peticionario la citada parcela a título hereditario, procede correctamente el registrador que niega la inscripción del dominio.

Id.—Id.—Calificación de Documentos—Facultades de los Registradores.—Si bien los registradores no están autorizados para examinar los fundamentos de las resoluciones judiciales ni para apoyarse en la apreciación que hagan sobre la legalidad de los fundamentos para negar la inscripción de dichas resoluciones en el registro, sin embargo, eso no quiere decir que los registradores no tengan facultad para denegar la inscripción cuando en dichas resoluciones no consta que se hayan cumplido los requisitos exigidos por la ley como condición precedente para dictarlas.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. E. Campillo.*

El Registrador recurrido no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del Tribunal.

Por resolución de 9 de diciembre de 1915 la Corte de Distrito de San Juan, Sección Segunda, declaró justificado el dominio a favor de Francisco Cancel de una finca de 36 cuerdas con 86 céntimos de otra, cuya descripción hace; que según la prueba que se practicó está formada por siete parcelas, de las cuales una de diez cuerdas la adquirió por herencia de su padre Gordiano Cancel y las otras por compra a diversas personas; y se agrega en esa resolución que fueron citados los anteriores dueños y que se publicaron edictos por el tiempo de ley sin que se presentara objeción alguna.

La misma corte dictó otra resolución en 9 de julio de 1920 aclarando la anterior en el sentido de que la finca de 36 cuerdas con 86 céntimos estaba dividida en dos porciones, que se describen, teniendo una 26 cuerdas 86 céntimos y otra 10 cuerdas de terreno, siendo esta última propiedad privativa de Francisco Cancel por haberla heredado de su padre Gordiano Cancel y habiendo adquirido la otra por compra durante su matrimonio.

En vista de esos documentos el Registrador de la Propiedad de San Juan, Sección Primera, inscribió la finca de 26 cuerdas 86 céntimos y negó la inscripción de la finca de 10 cuerdas fundándose en no resultar que todos los causahabientes de Gordiano Cancel hubieran sido citados en la

información; negativa contra la que se interpuso este recurso gubernativo por Francisco Cancel.

Si bien los registradores no están autorizados para examinar los fundamentos de las resoluciones judiciales ni para apoyarse en la apreciación que hagan sobre la legalidad de los fundamentos para negar la inscripción de dichas resoluciones en el registro, según alega el recurrente y dijimos en el caso de *Taboada* contra *El Registrador de Guayama*, 26 D. P. R. 662, en el que hicimos referencia en cuanto a este extremo el de *Medina* contra *El Registrador*, 19 D. P. R. 1016, y casos en él citados, sin embargo, según también declaramos en el mismo caso eso no quiere decir que los registradores no tengan facultad para denegar la inscripción cuando en dichas resoluciones no consta que se hayan cumplido los requisitos exigidos por la ley como condición precedente para dictarlas; y como según el artículo 395 de la Ley Hipotecaria en la petición inicial de los expedientes de dominio debe pedirse que se cite a aquél de quien proceda los bienes o a sus causahabientes, habiendo muerto Gordiano Cancel, de quien procedía la parcela de 10 cuerdas, ha tenido que pedirse que fueran citados sus causahabientes y por tanto debe aparecer de la declaración de dominio que fueron citados, no siendo suficiente que se haya declarado que fueron citados los anteriores dueños porque muerto Gordiano Cancel tenía que citarse a sus herederos o causahabientes y constar este hecho en la resolución por lo que no consignándose este particular procedió correctamente el registrador recurrido al negarse a inscribir la parcela de diez cuerdas.

La resolución apelada debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.